FILED: November 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-6499
(8:26-cv-00183-SAL)

---

RODNEY NESMITH

Petitioner - Appellant

v.

WARDEN TERRI WALLACE

Respondent - Appellee

---

M A N D A T E

---

The judgment of this court, entered October 20, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*